■ LEON BINENSZTOK et al., Respondents, v MARSHALL STORES, Appellant. [644 NYS2d 333]

The plaintiffs brought this action to recover damages for personal injuries allegedly sustained when the plaintiff Leon Binensztok struck his head on a 4-inch hook in a dressing room of one of the defendant's department stores. The hook was lo-

cated on a wall about 4 to 6 inches inside the dressing room, and about 6 feet off of the ground.

By holding its property open to the public, the defendant had "a general duty to maintain it in a reasonably safe condition so as to prevent the occurrence of foreseeable injuries" *(Thornhill v Toys "R" Us NYTEX,* 183 AD2d 1071, 1072). However, "it is well settled that '[t]here is no duty on the part of a landowner to warn against a condition that can readily be observed by those employing the reasonable use of their senses' " *(Ackermann v Town of Fishkill,* 201 AD2d 441, 443, quoting *Tarricone v State of New York,* 175 AD2d 308, 309; *see, Rowell v Town of Hempstead,* 186 AD2d 553).

The presence of the hook on the dressing room wall in the instant case was not an inherently dangerous condition. Furthermore, since the hook was a condition which was readily observable, the defendant had no duty to warn the plaintiff of the condition *(see, Pilato v Diamond,* 209 AD2d 393; *Brown v New York Med. Coll. for Comprehensive Health Practice,* 162 AD2d 139). Therefore, the court should have granted the defendant's motion for summary judgment *(see, Pilato v Diamond, supra; Brown v New York Med. Coll. for Comprehensive Health Practice, supra).* Mangano, P. J., Thompson, Florio and McGinity, JJ., concur.